No. 5,758. — IN RE ESTATE OF SCHUYLER C. LEEDY, DECEASED.

*Appeal from District Court, County of Phillips.*

Decided May 22, 1925.

PER CURIAM.—Pursuant to stipulation of counsel, it is ordered that the appeal in the above-entitled matter be dismissed.

*Mr. S. C. Ford,* for Appellant.

*Mr. Robert S. McKellar,* for Respondent.